IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CR 79-2

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| GREGORY RAY DEHART, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** came on before the undersigned pursuant to a Motion for Modification of Conditions of Release (#137) filed by counsel for Defendant. After hearing the motion and being advised by Assistant United States Attorney, Richard Edwards, that the Government does not object to the motion, the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion For Modification of Conditions of Release (#137) is hereby **ALLOWED** and the conditions of release of Defendant are hereby modified as contained in a document entitled "Amended Conditions of Release" that has been filed in this matter.

1

Signed: May 5, 2014

Dennis L. Howell
United States Magistrate Judge